UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT LUCAS WOODWARD,

          Petitioner,

  v.

SCOTT SPEER,

          Respondent.

CASE NO. C25-5115 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Michelle Peterson's Report and Recommendation (R&R), Dkt. 6, recommending the Court deny pro se petitioner Woodward's § 2254 habeas petition for lack of jurisdiction, dismiss the case, and decline to issue a certificate of appealability. This is Woodward's *sixth* such petition arising out of his 2014 Mason County conviction and sentence for molestation and rape of a child.

The R&R concludes that the Court has no jurisdiction over a second or successive habeas petition; the proper course is to seek permission for such a filing from the Ninth Circuit. Dkt. 6 at 2–3 (citing 28 U.S.C. § 2244(b)(3)(A)).

ORDER - 1

1     Woodward has objected to the R&R, but he has not addressed the conclusion that the Court does not have jurisdiction over his sixth habeas petition. His objections are **OVERRULED**, the R&R is **ADOPTED**, Woodward's habeas petition is **DENIED**, and the case is **DISMISSED without prejudice**. For the reasons described in the R&R, the Court will **NOT** issue a § 2253(c) certificate of appealability. Woodward has not made a substantial showing of the denial of a constitutional right.

    The Clerk shall enter a **JUDGMENT** and close the case.

    **IT IS SO ORDERED**.

    Dated this 31st day of March, 2025.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2